

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Douglas Edward Burns,                          * From the 29th District Court
                                                 of Palo Pinto County,
                                                 Trial Court No. 18058.

Vs. No. 11-23-00266-CR                         * January 24, 2025

The State of Texas,                            * Memorandum Opinion by Williams, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.